UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BUCK A. FRALY #461481,

     Plaintiff,

                                  Case No. 1:22-cv-29

v.

                                    HON. JANET T. NEFF

UNKNOWN PARTY #1, et al.,

     Defendants.

_____/

## **ORDER**

       This is a civil rights action brought by a state prisoner wfiled pursuant to 42 U.S.C. § 1983.

On January 20, 2022, the Magistrate Judge issued a Report and Recommendation, recommending

that the action be dismissed upon initial screening pursuant to 28 U.S.C. §§ 1915(e)(2), 1915A.

No objections have been filed. *See* 28 U.S.C. § 636(b)(1).  Therefore,

       **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 8) is

APPROVED and ADOPTED as the Opinion of the Court.

       **IT IS FURTHER ORDERED** that the Complaint is DISMISSED for the reasons stated

in the Report and Recommendation.

       **IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3)

that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any

objections.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on

other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:  February 18, 2022                              /s/ Janet T. Neff
                                                     JANET T. NEFF
                                                     United States District Judge